**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

  NICOLETTA WALINSKI
  BRIAN GORDON WALINSKI

**Order Filed on May 9, 2019 by**
**Clerk, U.S. Bankruptcy Court -**
**District of New Jersey**

**Case No.:  18-11617 SLM**

**Hearing Date:  5/8/2019**

**Judge:  STACEY L. MEISEL**


**Debtor is Entitled To Discharge**

### ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: May 9, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:  18-11617 SLM

Caption of Order:        ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

---

     The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with ; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 3/20/2019, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 2/1/2018, the Debtor shall pay the Standing Trustee

  the sum of $10,139.41 paid into date over 15 month(s), and then

  the sum of $400.00 for a period of 45 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that notwithstanding the preceding paragraph, in no event shall the unsecured creditors receive less than 15% of their timely filed claims; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-11617-SLM
Nicoletta Walinski                                                      Chapter 13
Brian Gordon Walinski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 09, 2019
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db/jdb          +Nicoletta Walinski,   Brian Gordon Walinski,   10 Justine Place,   Succasunna, NJ 07876-1959

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
        Alexander J. Rinaldi    on behalf of Joint Debtor Brian Gordon Walinski jessica@srr-law.com,
         5390@notices.nextchapterbk.com
        Alexander J. Rinaldi    on behalf of Debtor Nicoletta  Walinski jessica@srr-law.com,
         5390@notices.nextchapterbk.com
        Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Kevin M. Buttery    on behalf of Creditor    CALIBER HOME LOANS, INC. bkyefile@rasflaw.com
        Laura M. Egerman    on behalf of Creditor    CALIBER HOME LOANS, INC. bkyecf@rasflaw.com,
         bkyecf@rasflaw.com;legerman@rasnj.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
        Sindi  Mncina    on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                 TOTAL: 9