Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−11617−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nicoletta Walinski　　　　　　　　　　　　　　Brian Gordon Walinski
10 Justine Place　　　　　　　　　　　　　　　10 Justine Place
Succasunna, NJ 07876　　　　　　　　　　　　Succasunna, NJ 07876

Social Security No.:
　xxx−xx−4909　　　　　　　　　　　　　　　xxx−xx−1752

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

　　　NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 20, 2021.

Dated: January 20, 2021
JAN: ntp

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Nicoletta Walinski  
Brian Gordon Walinski  
    Debtors

Case No. 18-11617-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 20, 2021      Form ID: plncf13      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nicoletta Walinski, Brian Gordon Walinski, 10 Justine Place, Succasunna, NJ 07876-1959 |
| 517299782 | | Bank of America, N.A., c/o Tenaglia & Hunt, 395 West Passaic Street</br>Suite, Rochelle Park, New Jersey 07662 |
| 517441458 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517299783 | + | Caliber Home Loans, PO Box 24610, Oklahoma City, Oklahoma 73124-0610 |
| 517299786 | + | CitiBank, N.A., PO BOx 9001037, Louisville, Kentucky 40290-1037 |
| 517299787 | | Discover Bank, c/o Zwicker & Associates, 1105 Laurel Oak Road</br>Suite 136, Voorhees, New Jersey 08043 |
| 517299788 | + | Lakeland Bank, PO Box 790408, St. Louis, Missouri 63179-0408 |
| 517299789 | | Sears MasterCard, PO Box 6282, Sioux Falls, South Dakota 57117-6282 |
| 517299790 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, PO Box 15012, Chandler, Arizona 85244-5012 |
| 517324527 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518286305 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517369652 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517390706 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 517392443 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517299791 | | Wells Fargo Visa, PO Box 77053, Minneapolis, Minnesota 55480-7753 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 20 2021 23:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 20 2021 23:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517405545 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jan 20 2021 23:02:00 | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 517299784 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 22:51:36 | Capital One, PO Box 6492, Carol Stream, Illinois 60197-6492 |
| 517313730 | | Email/Text: mrdiscen@discover.com | Jan 20 2021 22:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517299785 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 20 2021 22:55:19 | Chase Bank, PO Box 1423, Charlotte, North Carolina 28201 |
| 517402274 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2021 23:01:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alexander J. Rinaldi | on behalf of Debtor Nicoletta Walinski jennifer@srr-law.com 5390@notices.nextchapterbk.com |
| Alexander J. Rinaldi | on behalf of Joint Debtor Brian Gordon Walinski jennifer@srr-law.com 5390@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin M. Buttery | on behalf of Creditor CALIBER HOME LOANS INC. bkyefile@rasflaw.com |
| Laura M. Egerman | on behalf of Creditor CALIBER HOME LOANS INC. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor CALIBER HOME LOANS INC. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9