| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Nicoletta Walinski<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4909<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Brian Gordon Walinski<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1752<br>EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  18–11617–SLM | | |

## Order of Discharge                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nicoletta Walinski                                  Brian Gordon Walinski

<u>3/17/23</u>                                         **By the court:** <u>Stacey L. Meisel</u>
                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                    Case No. 18-11617-SLM

Nicoletta Walinski                                    Chapter 13

Brian Gordon Walinski

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                User: admin                                Page 1 of 3

Date Rcvd: Mar 17, 2023                      Form ID: 3180W                          Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nicoletta Walinski, Brian Gordon Walinski, 10 Justine Place, Succasunna, NJ 07876-1959 |
| 517299783 | | Caliber Home Loans, Attn: Cash Operations BK, PO Box 128 Greenville, SC 29602 |
| 517299788 | + | Lakeland Bank, PO Box 790408, St. Louis, Missouri 63179-0408 |
| 517299790 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, PO Box 15012, Chandler, Arizona 85244-5012 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 17 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 17 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517441458 | + | EDI: BANKAMER2.COM | Mar 18 2023 00:35:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517299782 | | Email/Text: ClericalSupport@tenagliahunt.com | Mar 17 2023 20:39:00 | Bank of America, N.A., c/o Tenaglia & Hunt, 395 West Passaic Street</br>Suite, Rochelle Park, New Jersey 07662 |
| 517405545 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Mar 17 2023 20:39:00 | Caliber Home Loans, Inc., 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 517299784 | + | EDI: CAPITALONE.COM | Mar 18 2023 00:35:00 | Capital One, PO Box 6492, Carol Stream, Illinois 60197-6492 |
| 517299786 | + | EDI: CITICORP.COM | Mar 18 2023 00:35:00 | CitiBank, N.A., PO BOx 9001037, Louisville, Kentucky 40290-1037 |
| 517299787 | | Email/Text: bkfilings@zwickerpc.com | Mar 17 2023 20:40:00 | Discover Bank, c/o Zwicker & Associates, 1105 Laurel Oak Road</br>Suite 136, Voorhees, New Jersey 08043 |
| 517313730 | | EDI: DISCOVER.COM | Mar 18 2023 00:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517299785 | | EDI: JPMORGANCHASE | Mar 18 2023 00:35:00 | Chase Bank, PO Box 1423, Charlotte, North Carolina 28201 |
| 517402274 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 17 2023 20:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517299789 | | EDI: CITICORP.COM | Mar 18 2023 00:35:00 | Sears MasterCard, PO Box 6282, Sioux Falls, South Dakota 57117-6282 |
| 519741875 | | Email/Text: mtgbk@shellpointmtg.com | Mar 17 2023 20:39:00 | Shellpoint Mortgage Servicing, PO Box 10826, |

Case 18-11617-SLM    Doc 81    Filed 03/19/23    Entered 03/20/23 00:14:04    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2023 | Form ID: 3180W | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | Greenville, SC 29603-0826, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 519741874 | | Email/Text: mtgbk@shellpointmtg.com | Mar 17 2023 20:39:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517324527 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 17 2023 20:39:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518286305 | | Email/PDF: bncnotices@becket-lee.com | Mar 17 2023 20:54:19 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517369652 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 17 2023 20:39:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517390706 | | EDI: USBANKARS.COM | Mar 18 2023 00:35:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 517392443 | | EDI: WFFC2 | Mar 18 2023 00:35:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517299791 | | EDI: WFFC.COM | Mar 18 2023 00:35:00 | Wells Fargo Visa, PO Box 77053, Minneapolis, Minnesota 55480-7753 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:

**Name**          **Email Address**

Alexander J. Rinaldi
on behalf of Debtor Nicoletta Walinski bankruptcy@srr-law.com 5390@notices.nextchapterbk.com

Alexander J. Rinaldi
on behalf of Joint Debtor Brian Gordon Walinski bankruptcy@srr-law.com 5390@notices.nextchapterbk.com

Denise E. Carlon
on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Kevin M. Buttery
on behalf of Creditor CALIBER HOME LOANS INC. kbuttery@moodklaw.com

Laura M. Egerman

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 17, 2023 | Form ID: 3180W | Total Noticed: 24 |

| | |
|---|---|
| | on behalf of Creditor CALIBER HOME LOANS INC. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Shauna M Deluca | on behalf of Creditor CALIBER HOME LOANS INC. sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor CALIBER HOME LOANS INC. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9